**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALI BLOCK STORE, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07260<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Young B. Kim** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 14, 2020 [52], in favor of Plaintiff Monster Energy Company ("MEC") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) in trademark statutory damages and one hundred thousand dollars ($100,000) in copyright statutory damages per Defaulting Defendant, and MEC acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Ali Block Store | 1 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 21st day of February 2020.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff Monster Energy Company*